# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160448

MICHIGAN HEAD & SPINE INSTITUTE, PC,
        Plaintiff-Appellee,
and

BEAUMONT HEALTH and KUANDA BEY,
        Intervening Plaintiffs,

v

                                                 SC: 160448
                                               COA: 345916
                                               Wayne CC: 16-012678-NF

GEICO INDEMNITY COMPANY,
        Defendant-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant.

_____/

        On order of the Court, the application for leave to appeal the September 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



t0831

                                           Clerk